In the Matter of the Estate of ABRAHAM RATCHICK, Deceased.

SARAH RATCHICK, Individually and as an Executor and Trustee under the Will of ABRAHAM RATCHICK, Deceased, et al., Appellants; PATCHOGUE CITIZENS BANK AND TRUST COMPANY, as an Executor and Trustee under the Will of ABRAHAM RATCHICK, Deceased, et al., Respondents.

Submitted October 3, 1938; decided October 11, 1938.

*Joseph T. Losee* for motion.

*Alexander G. Blue* opposed.

Motion denied, with ten dollars costs.